4

**COMPLAINT FORM**
(for filers who are prisoners without lawyers)

FILED

AUG 30 2016

U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

**IN THE UNITED STATES DISTRICT COURT**

FOR THE _Southern_ DISTRICT OF _Indiana_

(Full name of plaintiff(s))

_Enriques Rodriques_
_# 257033_

vs

(Full name of defendant(s))

_ICE_
_Immigration_
_U.S. Gov,_
_Fed Gov._

**16-cv-0339 JMS -DKL**

Case Number:

(to be supplied by clerk of court)

A.     **PARTIES**

1.     Plaintiff is a citizen of _Indiana / US_, and is located at

_1946 W. U.S. Hwy 40 / Greencastle In 46135_

(Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper).

2.     Defendant _ICE / Immig, / U.S. Gov / Fed Gov._
(Name)

Complaint – 1

is (if a person or private corporation) a citizen of _____*N/A*___*U.S.*_____

(State, if known)

and (if a person) resides at_____*USA*_____

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for_____

(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper)

B.        STATEMENT OF CLAIM

On the space provided on the following pages, tell:

1.    Who violated your rights;

2.    What each defendant did;

3.    When they did it;

4.    Where it happened; and

5.    Why they did it, if you know.

1) ICE / Immig / US Gov. / Fed Gov

2) Hold / Detained

3) Date of Sentence

4)

5) N/A

Complaint – 2

Please see Memorandum
Attached

Complaint – 3

C.      JURISDICTION

☑   I am suing for a violation of federal law under U.S.C. § 1331.

☐   I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is

$_____.

D.      RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

1) lift Hold / Detainer
2) let me go Home upon Release From IDOC
3) waive bond to stay in U.S.
4) Allow myself to go to level (1) Facility for Rest of my time
5) order to Return to my children and Family Here in US without issues
6) Alternative Placement to Re Enter into Society and became A US Citizen

Complaint – 4

E.      JURY DEMAND

☐       Jury Demand – I want a jury to hear my case

                              OR

☑       Court Trial – I want a judge to hear my case

        Dated this _15_ day of _August_ 20 _16_

                Respectfully Submitted,

                _Enrique Rodriguez_
                Signature of Plaintiff

                _# 257033_
                Plaintiff's Prisoner ID Number

                _✗ Enriques Rodriques_
                _1946 W. U.S. Hwy 40 / Greencastle_
                (Mailing Address of Plaintiff)    _In 46135_

        (If more than one plaintiff, use another piece of paper).

**REQUEST TO PROCEED IN DISCRICT COURT WITHOUT PREPAYING THE FILING FEE**

☑       I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.


☐       I **DO NOT** request that I be allowed to file this complaint without prepaying the filing under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

                Complaint – 5